IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CORAM HEALTHCARE CORP. and | : | |
| CORAM, INC., | : | Case No. 00-3299 (MFW) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| ARLIN M. ADAMS, as Chapter 11 | : | |
| Trustee of the Bankruptcy | : | |
| Estates of Coram Healthcare | : | |
| Corp. and Coram, Inc., | : | Adv. Proc. No. 06-50639- MFW |
| | : | |
| Plaintiff-Appellee, | : | |
| | : | **Objection Date:**   TBA |
| v. | : | **Hearing Date:**     TBA |
| | : | |
| GENESIS INSURANCE COMPANY, | : | |
| | : | |
| Defendant-Appellant. | : | |

**MOTION OF GENESIS INSURANCE COMPANY FOR LEAVE TO APPEAL
THE AUGUST 7, 2006 ORDER OF THE BANKRUPTCY COURT**

Defendant Genesis Insurance Company ("Genesis") hereby moves, pursuant to 27 U.S.C. § 158(a)(3) and Federal Rules of Bankruptcy Procedure 8001(b) and 8003, for leave to appeal the bankruptcy judge's August 7, 2006 order denying Genesis's motion to dismiss the Complaint (D.I. 1) filed by plaintiff Arlin M. Adams ("Trustee"), as the Chapter 11 Trustee of the post-confirmation bankruptcy estates of Coram Healthcare Corporation and its wholly-owned subsidiary Coram, Inc. (together, "Coram" or "Debtors"), in the above-captioned adversary proceeding ("August 7 Order"). The

August 7 Order was entered on the docket on August 8, 2006. Genesis is contemporaneously filing a notice of appeal as directed by Federal Rule of Bankruptcy Procedure 8001(b).

Pursuant to Rule 8003(a) of the Federal Rules of Bankruptcy Procedure, Defendant-Appellant Genesis is filing herewith its Brief in Support of its Motion for Leave to Appeal. As demonstrated in Genesis's Brief, the Bankruptcy Court's August 7 Order constitutes a final order from which Genesis may appeal as of right pursuant to 28 U.S.C. § 158(a)(1) and Federal Rule of Bankruptcy Procedure 8001(a). However, to the extent that the August 7 Order may be deemed interlocutory, Genesis moves for leave to appeal. A proposed form of order is submitted herewith.

Dated this 18th day of August 2006.

Respectfully Submitted,

ROSENTHAL, MONHAIT & GODDESS, P.A.

By:  /s/ Carmella P. Keener
Carmella P. Keener (DSBA No. 2810)
919 N. Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19801
302.656.4433
ckeener@rmgglaw.com

Attorneys for Defendant-Appellant
Genesis Insurance Company

OF COUNSEL:
Lewis K. Loss
Thomas J. Judge
Thompson, Loss & Judge, LLP
1919 Pennsylvania Avenue, N.W.
Suite M-200
Washington, D.C. 20006-3458
   Tel: (202) 772-5170
   Fax: (202) 772-5180

## CERTIFICATE OF SERVICE

I, Carmella P. Keener, Esquire, hereby certify that on August 18, 2006, I caused to be electronically filed with the Clerk of the Court **MOTION OF GENESIS INSURANCE COMPANY FOR LEAVE TO APPEAL THE AUGUST 7, 2006 ORDER OF THE BANKRUPTCY COURT** and the **PROPOSED ORDER** thereon using CM/ECF, which will send notification of such filing to the following:

>Michael Jason Barrie, Esquire
>Richard A. Barkasy, Esquire
>Schnader Harrison Segal & Lewis LLP
>824 Market Street
>Suite 1001
>Wilmington, DE 19801

>/s/ Carmella P. Keener
>Carmella P. Keener (DSBA No. 2810)

# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| CORAM HEALTHCARE CORP. and | : Case No. 00-3299 (MFW) |
| CORAM, INC., | : |
| | : (Jointly Administered) |
| Debtors. | : |
| | : |
| ARLIN M. ADAMS, as Chapter 11 Trustee of | : Adv. Proc. No. 06-50639-MFW |
| the Bankruptcy Estates of Coram Healthcare | : |
| Corp. and Coram, Inc. | : |
| | : Docket Ref. Nos.: 5, 7, 11, 17 |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| GENESIS INSURANCE COMPANY, | : |
| | : |
| Defendant. | : |

**ORDER DENYING MOTION OF GENESIS INSURANCE COMPANY
TO DISMISS THE COMPLAINT**

AND NOW, this ___ day of ___August___, 2006, upon consideration of: (i) the Motion of Genesis Insurance Company to Dismiss the Complaint (Docket No. 5, filed on June 5, 2006) (the "Motion"); (ii) the Opening Brief of Defendant Genesis Insurance Company In Support of Its Motion to Dismiss the Complaint (Docket No. 7, filed in June 5, 2006); (iii) the Answering Brief of Plaintiff Arlin M. Adams, Chapter 11 Trustee of Coram Healthcare Corp. and Coram, Inc. in Opposition to Motion of Genesis Insurance Company to Dismiss the Complaint (Docket No. 11, filed on June 21, 2006); and (iv) the Reply Brief of Defendant Genesis Insurance Company in Support of its Motion to

Dismiss the Complaint (Docket No. 17, filed in June 28, 2006); and the Court having heard oral argument on the Motion; and the Court finding that it has subject matter jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§ 157(a)&(c)(1) and 1334(b) because it is related to a case under Title 11 of the United States Code; and for the reasons set forth on the record, including at the hearing held before the Court on July 25, 2006; and after due deliberation thereon and sufficient cause appearing therefore, it is

ORDERED, that the Motion be and hereby is DENIED.

_____
Mary F. Walrath, C.U.S.B.J.

## CERTIFICATE OF SERVICE

I, Carmella P. Keener, Esquire, hereby certify that on August 18, 2006, I caused to be electronically filed with the Clerk of the Court **EXHIBIT A TO MOTION OF GENESIS INSURANCE COMPANY FOR LEAVE TO APPEAL THE AUGUST 7, 2006 ORDER OF THE BANKRUPTCY COURT** using CM/ECF, which will send notification of such filing to the following:

> Michael Jason Barrie, Esquire
> Richard A. Barkasy, Esquire
> Schnader Harrison Segal & Lewis LLP
> 824 Market Street
> Suite 1001
> Wilmington, DE 19801

> /s/ Carmella P. Keener
> Carmella P. Keener (DSBA No. 2810)
> ROSENTHAL, MONHAIT & GODDESS, P.A.
> 919 N. Market Street, Suite 1401
> Citizens Bank Center
> Wilmington, DE 19801
> (302) 656-4433
> ckeener@rmgglaw.com
> *Attorneys for Defendant-Appellant*
> *Genesis Insurance Company*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE


06mc167

## APPEAL TRANSMITTAL SHEET

Case Number: __06-50639__   ◯ BK   ● AP

If AP, related BK Case Number: __00-3299__

Title of Order Appealed:
__Order Denying Motion of Genesis Insurance Company to Dismiss the Complaint__

Docket Number: __29__          Date Entered: __8/8/06__

Item Transmitted:   ● Notice of Appeal              ● Motion for Leave to Appeal
                    ◯ Amended Notice of Appeal     ◯ Cross Appeal
                    Docket Number: __32/35__        Date Filed: __8/18/06__

*Appellant/Cross Appellant:           *Appellee/Cross Appellee
__Genesis Insurance Company__          __Arlin Adams, etc.__

Counsel for Appellant:                 Counsel for Appellee:
__Carmella Keener__                    __Richard Barkasy__

*If additional room is needed, please attach a separate sheet.

Filing Fee paid?   ● Yes   ◯ No

IFP Motion Filed by Appellant?   ◯ Yes   ● No

Have Additional Appeals to the Same Order been Filed?   ◯ Yes   ● No
    If so, has District Court assigned a Civil Action Number?   ◯ Yes   ◯ No   Civil Action # _____

Additional Notes:
__Genesis Insurance also filed a Motion to Withdraw the Reference on 8/28/06__

__September 11, 2006__           By: __Lori M. Coster__
Date                                 Deputy Clerk

FOR USE BY U.S. BANKRUPTCY COURT

Bankruptcy Court Appeal (BAP) Number: __06-52__
7/6/06

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CORAM HEALTHCARE CORP. and | : | |
| CORAM, INC., | : | Case No. 00-3299 (MFW) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| ARLIN M. ADAMS, as Chapter 11 | : | |
| Trustee of the Bankruptcy | : | |
| Estates of Coram Healthcare | : | |
| Corp. and Coram, Inc., | : | Adv. Proc. No. 06-50639- MFW |
| | : | |
| Plaintiff-Appellee, | : | |
| | : | **Objection Date:**   TBA |
| v. | : | **Hearing Date:**    TBA |
| | : | |
| GENESIS INSURANCE COMPANY, | : | |
| | : | |
| Defendant-Appellant. | : | |

**PROPOSED ORDER RE: GENESIS INSURANCE COMPANY'S
MOTION FOR LEAVE TO APPEAL
THE AUGUST 7, 2006 ORDER OF THE BANKRUPTCY COURT**

This Court having considered the Motion of Defendant-Appellant, Genesis Insurance Company for Leave to Appeal the August 7, 2006 Order of the Bankruptcy Court (the "Motion") and all submissions related thereto, and for good cause shown,

IT IS HEREBY ORDERED this _____ day of _____, 2006 that:

1. The August 7, 2006 Order is "final" within the meaning of 28 U.S.C. §158; and

2. Genesis Insurance Company's Motion is GRANTED.