# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| CORAM HEALTHCARE CORP. and CORAM, INC., | : Case No. 00-3299 (MFW) |
| | : (Jointly Administered) |
| Debtors. | : |
| ARLIN M. ADAMS, as Chapter 11 Trustee of the Bankruptcy Estates of Coram Healthcare Corp. and Coram, Inc. | : Adv. Proc. No. 06-50639-MFW |
| Plaintiff/Appellee, | : |
| v. | : |
| GENESIS INSURANCE COMPANY, | : |
| Defendant/Appellant. | : |

## CROSS MOTION OF PLAINTIFF, ARLIN M. ADAMS, CHAPTER 11 TRUSTEE OF CORAM HEALTHCARE CORP. AND CORAM, INC. FOR DISMISSAL OF APPEAL

Plaintiff Arlin M. Adams (the "Trustee"), the Chapter 11 Trustee of the bankruptcy estates of Coram Healthcare Corp. and Coram, Inc., hereby moves the Court to dismiss the appeal of Genesis Insurance Company from the August 7, 2006 Order of the United States Bankruptcy Court for the District of Delaware denying Genesis' motion to dismiss the complaint filed by the Trustee in the above-captioned adversary proceeding.  In support thereof, the Trustee incorporates by reference the Answering Brief of Plaintiff Arlin M. Adams, Chapter 11 Trustee of Coram Healthcare Corp. and Coram, Inc. (i) in Opposition to Motion of Genesis Insurance Company for Leave to

Appeal, and (ii) in Support of Cross-Motion to Dismiss Appeal, which was filed contemporaneously herewith.

Dated: September 1, 2006

By: /s/ Michael J. Barrie
Richard A. Barkasy (#4683)
Michael J. Barrie (#4684)
SCHNADER HARRISON SEGAL
 & LEWIS LLP
824 N. Market Street, Suite 1001
Wilmington, DE 19801
(302) 888-4554

And

Barry E. Bressler
Wilber L. Kipnes
SCHNADER HARRISON SEGAL
 & LEWIS LLP
1600 Market Street, Suite 3600
Philadelphia, PA, 19103-7286
(215) 751-2000

Attorneys for Plaintiff,
Arlin M. Adams, as Chapter 11 Trustee of
the Bankruptcy Estates of Coram Healthcare
Corp. and Coram, Inc.