IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CORAM HEALTHCARE CORP. and | : | |
| CORAM, INC., | : | Case No. 00-3299 (MFW) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| ARLIN M. ADAMS, as Chapter 11 | : | |
| Trustee of the Bankruptcy | : | |
| Estates of Coram Healthcare | : | |
| Corp. and Coram, Inc., | : | Adv. Proc. No. 06-50639- MFW |
| | : | |
| Plaintiff-Appellee, | : | |
| | : | **Objection Date:**   TBA |
| v. | : | **Hearing Date:**   TBA |
| | : | |
| GENESIS INSURANCE COMPANY, | : | |
| | : | |
| Defendant-Appellant. | : | |

**NOTICE OF APPEAL**

Defendant Genesis Insurance Company ("Genesis") appeals under 28 U.S.C. § 158(a) from the August 7, 2006 order (D.I. 29, attached hereto as Exhibit A), of Mary F. Walrath, C.U.S.B.J., denying Genesis's motion to dismiss the Complaint (D.I. 1) filed by plaintiff Arlin M. Adams ("Trustee"), as the Chapter 11 Trustee of the post-confirmation bankruptcy estates of Coram Healthcare Corporation and its wholly-owned subsidiary Coram, Inc. (together, "Coram" or "Debtors"), entered in the above-captioned adversary proceeding on August 8, 2006.

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| | |
|---|---|
| Michael Jason Barrie<br>Richard A. Barkasy<br>Schnader Harrison Segal & Lewis LLP<br>824 Market Street, Suite 1001<br>Wilmington, DE 19801<br>302.888.4554 | Carmella P. Keener (DSBA No. 2810)<br>Rosenthal, Monhait & Goddess, P.A.<br>919 N. Market Street, Suite 1401<br>P.O. Box 1070<br>Wilmington, DE 19801<br>302.656.4433 |
| Attorneys for Plaintiff-Appellee Arlin M. Adams, as Chapter 11 Trustee of the bankruptcy estates of Coram Healthcare Corp. and Coram, Inc. | Attorneys for Defendant-Appellant Genesis Insurance Company |

Dated this 18th day of August 2006.

Respectfully Submitted,

ROSENTHAL, MONHAIT & GODDESS, P.A.

By: /s/ Carmella P. Keener
Carmella P. Keener (DSBA No. 2810)
919 N. Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19801
302.656.4433
ckeener@rmgglaw.com

Attorneys for Defendant-Appellant
Genesis Insurance Company

OF COUNSEL:
Lewis K. Loss
Thomas J. Judge
Thompson, Loss & Judge, LLP
1919 Pennsylvania Avenue, N.W.
Suite M-200
Washington, D.C. 20006-3458
    Tel: (202) 772-5170
    Fax: (202) 772-5180

# EXHIBIT A

Case 1:06-mc-00167-SLR    Document 5-2    Filed 09/11/2006    Page 1 of 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| CORAM HEALTHCARE CORP. and CORAM, INC., | : Case No. 00-3299 (MFW) |
| | : |
| | : (Jointly Administered) |
| Debtors. | : |
| | : |
| ARLIN M. ADAMS, as Chapter 11 Trustee of the Bankruptcy Estates of Coram Healthcare Corp. and Coram, Inc. | : Adv. Proc. No. 06-50639-MFW |
| | : |
| | : Docket Ref. Nos.: 5, 7, 11, 17 |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| GENESIS INSURANCE COMPANY, | : |
| | : |
| Defendant. | : |

**ORDER DENYING MOTION OF GENESIS INSURANCE COMPANY
TO DISMISS THE COMPLAINT**

AND NOW, this ___ day of ___August___, 2006, upon consideration of: (i) the Motion of Genesis Insurance Company to Dismiss the Complaint (Docket No. 5, filed on June 5, 2006) (the "Motion"); (ii) the Opening Brief of Defendant Genesis Insurance Company In Support of Its Motion to Dismiss the Complaint (Docket No. 7, filed in June 5, 2006); (iii) the Answering Brief of Plaintiff Arlin M. Adams, Chapter 11 Trustee of Coram Healthcare Corp. and Coram, Inc. in Opposition to Motion of Genesis Insurance Company to Dismiss the Complaint (Docket No. 11, filed on June 21, 2006); and (iv) the Reply Brief of Defendant Genesis Insurance Company in Support of its Motion to

Dismiss the Complaint (Docket No. 17, filed in June 28, 2006); and the Court having heard oral argument on the Motion; and the Court finding that it has subject matter jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§ 157(a)&(c)(1) and 1334(b) because it is related to a case under Title 11 of the United States Code; and for the reasons set forth on the record, including at the hearing held before the Court on July 25, 2006; and after due deliberation thereon and sufficient cause appearing therefore, it is

ORDERED, that the Motion be and hereby is **DENIED**.

Mary F. Walrath, C.U.S.B.J.