# Schnader
ATTORNEYS AT LAW

824 N. MARKET STREET   SUITE 1001
WILMINGTON, DE 19801
302.888.4554   FAX 302.888.1696   schnader.com

Michael J. Barrie
Internet Address: mbarrie@schnader.com

September 18, 2006

**VIA UPS NEXT DAY AIR**

Clerk, U.S. District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

      Re:    *Adams v. Genesis Insurance Co.,* Case No. 06-mc-00167-UNA (D. Del.) (*Adams v. Genesis Insurance Co.,* Case No. 06-50639-MFW (Bankr. D. Del.))

Dear Sir or Madam:

      Please find enclosed a courtesy copy of the Corrected Answering Brief Of Plaintiff Arlin M. Adams, Chapter 11 Trustee Of Coram Healthcare Corp. And Coram, Inc. (I) In Opposition To Motion Of Genesis Insurance Company For Leave To Appeal, And (II) In Support Of Cross-Motion To Dismiss Appeal (the "Amended Brief"). The Amended Brief corrects a typographical error in the case citation of *Belli v. Temkin (In re Belli),* 268 B.R. 851 (9th Cir. B.A.P. 2001) that was contained in Plaintiff's original brief.

      Should you have any questions, please do not hesitate to call.

                                 Very truly yours,

                                 Michael J. Barrie
                       For SCHNADER HARRISON SEGAL & LEWIS LLP

Enclosure

cc:    Carmella P. Keener, Esq.