IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CORAM HEALTHCARE CORP. and | : | |
| CORAM, INC., | : | Case No. 00-3299 (MFW) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | Adv. Proc. No. 06-50639-MFW |
| ARLIN M. ADAMS, as Chapter 11 | : | |
| Trustee of the Bankruptcy | : | **Misc. Case No. 1:06-mc-00167-SLR** |
| Estates of Coram Healthcare | : | |
| Corp. and Coram, Inc., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| GENESIS INSURANCE COMPANY, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF CHANGE OF LAW FIRM ADDRESS

To:   Michael Jason Barrie, Esquire
      Schnader Harrison Segal & Lewis LLP
      824 Market Street
      Suite 1001
      Wilmington, DE  19801

PLEASE TAKE NOTICE that the offices of Thompson, Loss & Judge, LLP have moved their location effective October 1, 2006.  The firm address is as follows:

Thompson, Loss & Judge, LLP
Two Lafayette Centre
1133 21st Street, NW
Suite 450
Washington, DC  20036
Telephone:  (202) 778-4060
Facsimile:  (202) 778-4099

Dated: September 29, 2006

| | |
|---|---|
| OF COUNSEL | /s/ Carmella P. Keener |
| Thomas J. Judge | Carmella P. Keener (DSBA No. 2810) |
| Samuel L. Hendrix | ROSENTHAL, MONHAIT & GODDESS, P.A. |
| THOMPSON, LOSS & JUDGE, LLP | 919 Market Street, Suite 1401 |
| 1133 21st Street, NW | Citizens Bank Center |
| Suite 450 | Wilmington, Delaware 19801 |
| Washington, DC 20036 | (302) 656-4433 |
| (202) 778-4060 | ckeener@rmgglaw.com |
| | *Attorneys for Defendant* |
| | *Genesis Insurance Company* |

## **CERTIFICATE OF SERVICE**

I, Carmella P. Keener, Esquire, hereby certify that on September 29, 2006, I caused to be electronically filed with the Clerk of the Court **NOTICE OF CHANGE OF LAW FIRM ADDRESS** using CM/ECF, which will send notification of such filing to the following:

>Michael Jason Barrie, Esquire
>Schnader Harrison Segal & Lewis LLP
>824 Market Street
>Suite 1001
>Wilmington, DE 19801

>/s/ Carmella P. Keener
>Carmella P. Keener (DSBA No. 2810)
>ROSENTHAL, MONHAIT & GODDESS, P.A.
>919 N. Market Street, Suite 1401
>Citizens Bank Center
>Wilmington, DE 19801
>(302) 656-4433
>ckeener@rmgglaw.com
>*Attorneys for Defendant*
>*Genesis Insurance Company*